IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAUSTO ENRIQUE URIAS, et al.,<br><br>Defendants. | Case No. 4:12-CR-278-BLW<br><br>**ORDER** |

Five of the defendants in this case have a trial date set for April 1, 2013. Recently, defendant Benito Vasquez Joya was arrested, and he was arraigned last week, on March 14, 2013. His trial date was set for April 29, 2013.

Defendant Joya's trial date applies to all defendants. Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." The Court finds this to be a reasonable period of delay. Accordingly, the Court finds that the trial date of April 29, 2013, shall apply to all defendants.

NOW THEREFORE IT IS HEREBY ORDERED, that the prior trial date set for April 1, 2013, is VACATED and that trial is reset for **April 29, 2013, at 1:30 p.m. in the Federal Courthouse in Pocatello Idaho**. This trial date applies to all defendants.

IT IS FURTHER ORDERED, that all defendants will be on the same Speedy Trial

**Order - 1**

Act clock because the same excludable time finding under the Speedy Trial Act that applied to defendant Garcia shall apply to all defendants.

IT IS FURTHER ORDERED, that the telephone pretrial conference for all defendants shall be on April 18, 2013, at 4:00 pm. As only logistics will be discussed, the defendants need not appear. The Government shall set up the conference call.

DATED: **March 19, 2013**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order - 2**