IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MISTI CHAPMAN, et al.,<br><br>Defendants. | Case No. 4:12-CR-278-BLW<br><br>**ORDER** |

    The Court has before it a motion to consolidate filed by defendant Chapman. She seeks to consolidate this case with a case before Judge Lodge. Her motion has been rendered moot by Judge Lodge's decision that reassigned his case to this Court. There no longer is any need to consolidate the cases now that both are assigned to this Court. Accordingly,

    NOW THEREFORE IT IS HEREBY ORDERED, that the motion for joinder or consolidation (docket no. 82) is DEEMED MOOT.

DATED: **April 16, 2013**

B. LYNN WINMILL  
Chief Judge  
United States District Court

Order - 1